U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 4 2013
CLERK, U.S. DISTRICT COURT
By_____
     Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | 3:13CR-280 M |
|---|---|---|
| V. | § | Criminal No. |
| JOSHUA EARLS | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Production of Child Pornography
(Violations of 18 U.S.C. §§ 2251(a) and (e))

On or about February 12, 2012, in the Dallas Division of the Northern District of Texas, and elsewhere, **Joshua Earls**, defendant, used, persuaded, induced and enticed, and attempted to use, persuade, induce and entice, Jane Doe, a person under the age of eighteen (18) years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, by asking and directing Jane Doe, who was using a Samsung cellular phone, to create visual depictions of herself while she was 16-years old, depicting her engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256,

Indictment - Page 1

including the image described below:

| Count | Date | File Name | Description |
|-------|------|-----------|-------------|
| 1 | 2/12/12 | 7176-0.jpg | A still image file depicting Jane Doe bending over exposing her vagina and anus. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

**Indictment - Page 2**

Notice of Forfeiture
(18 U.S.C. § 2253(a)(1) and (3))

Upon conviction of any or all of the offenses alleged in this indictment and pursuant to 18 U.S.C. § 2253(a), the defendant, **Joshua Earls**, shall forfeit (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, the following:

<u>Personal Property</u>

1. One Apple iphone 4S, Mobile ID (IMEI): 013034008549911, SIM ID: 89014103254583821461, Unique Device ID: 8c55f4a0f51e02740ea2d978601a9187a79cba63.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Lisa.Miller@usdoj.gov

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSHUA EARLS

INDICTMENT    3. - 13CR-280.-M

18 U.S.C. §§ 2251(a) and (e)
Production of Child Pornography

18 U.S.C. § 2253(a)(1) and (3)
Forfeiture Notice

(1 COUNT)

A true bill rendered

DALLAS                                                           FOREPERSON

Filed in open court this 24th day of July, 2013

**IN FEDERAL CUSTODY**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
(3:13-MJ-00193-BF Complaint)